**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| BENJAMIN D. HOSLER AND DAWN R. HOSLER, | : No. 632 MAL 2023 |
| | : |
| | : |
| Respondents | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| GARY L. TWEEDLIE AND SUSAN M. TWEEDLIE, | : |
| | : |
| | : |
| Petitioners | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 7th day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.